**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ALEXANDER AREVALO VELASQUEZ,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. CIV-26-2826-R** |
| **MARKWAYNE MULLIN, et al.,** | ) | |
| **Respondents.** | ) | |

**ORDER**

Petitioner Alexander Arevalo Velasquez, proceeding pro se, filed a Petition for Writ of Habeas Corpus ("Petition"), challenging under 28 U.S.C. §2241 his detention by U.S. Immigration and Customs Enforcement ("ICE"). Doc. 1. As relief, he requests his immediate release from custody through an order of supervision. *Id*. at 7. Respondents recently filed a Notice, indicating Petitioner had a bond hearing and was released from ICE custody on a $1,500 bond on October 29, 2026. Doc. 9 at 1. Given these developments, it appears Petitioner's claims are now moot.

Not later than **November 23, 2026**, Petitioner is directed to **SHOW CAUSE** why this action should not be dismissed as moot. In the absence of a response, the undersigned will recommend dismissal of the Petition. The Clerk shall mail this Order to the address on file for Petitioner and to the address listed in the Certificate of Service with Respondents' Notice, Doc. 9 at 2.

**IT IS SO ORDERED** this 16th day of November, 2026.

Chris M. Stephens
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE